IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02046-WDM-MEH

GEREE G. WILLIAMS,

Plaintiff(s),

v.

7-ELEVEN, INC.,

Defendant(s).

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 11, 2007.**

    For good cause shown, and by agreement of the parties, the Stipulation and [Request] for Protective Order Regarding Confidential Information [Filed January 10, 2007; Docket #11] is **granted.**  The Protective Order shall enter separately.

    The parties are reminded of their obligations concerning their scheduling/planning conference and Rule 26(a)(1) disclosures, and the time frames for these events set forth in the Federal Rules of Civil Procedure.