IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02046-WDM-MEH

GEREE G. WILLIAMS,

Plaintiff(s),

v.

7-ELEVEN, INC.,

Defendant(s).

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 13, 2007.**

For good cause shown, and by agreement of the parties, Plaintiff's Motion to Amend Complaint [Filed March 12, 2007; Docket #18] is **granted.**

On or before March 15, 2007, the Plaintiff shall file her Amended Complaint with the office of the Clerk of this Court in accordance with the District of Colorado Electronic Case Filing ("ECF") Procedures. Plaintiff's Amended Complaint shall be in the same format and substance of that which was tendered with Plaintiff's Motion to Amend Complaint on March 12, 2007.