N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-02046-WDM-MEH

GEREE G. WILLIAMS,

    Plaintiff,

v.

7-ELEVEN, INC.,

    Defendant.

---

### NOTICE OF DISMISSAL

---

The court construes Plaintiff's Unopposed Motion to Dismiss in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on April 26, 2007.

                BY THE COURT:

                s/ Walker D. Miller
                United States District Judge